Law Office of Adam Pennella
Adam Pennella, State Bar No. 246260
717 Washington Street
Oakland, CA 94607
Phone (510) 444-4419
Fax (510) 417-4149

Counsel for Defendant
JUAN DEPAZ

UNITED STATES DISTRICT COURT

NOTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 11-818 RS |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING |
| vs. | |
| JUAN DEPAZ, | |
| Defendant | |

Defendant Juan Depaz, by and through his attorney, Adam Pennella, and the United States, by and through its attorney, S. Waqar Hasib, stipulate and agree that the Status Hearing for Juan Depaz, which is currently set for March 6, 2012, be continued to March 27, 2012.

The parties request the continuance for the purpose of potentially entering a change of plea in this matter on March 27, 2012.

//

SO STIPULATED:

Dated: February 27, 2012                               _____/s/_____
                                                       Adam Pennella
                                                       Counsel for Juan Depaz


Dated: February 27, 2012                               MELINDA HAAG
                                                       UNITED STATES ATTORNEY


                                                       _____/s/_____
                                                       S. Waqar Hasib
                                                       Assistant United States Attorney


SO ORDERED:

Dated:   2/27/12
                                                       _____
                                                       Honorable Richard Seeborg
                                                       United States District Court Judge